1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  TIMOTHY J. LUCEY (CABN 172332)
   Assistant United States Attorney
5
6     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
7     Telephone: (415) 436-7152
      Facsimile: (415) 436-7234
8     E-Mail: allison.danner@usdoj.gov

9  Attorneys for the United States of America

                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO DIVISION
12

13 UNITED STATES OF AMERICA,        )    No. 3-07-70489 JCS
                                    )
14      Plaintiff,                  )
                                    )    [~~PROPOSED~~] ORDER FOR
15      v.                          )    MODIFICATION OF CONDITIONS OF
                                    )    RELEASE
16 PATRICE RAVEN,                   )
                                    )
17      Defendant.                  )
                                    )
18

19                              **ORDER**

20      IT IS HEREBY ORDERED that the conditions of release and appearance set on August 17,

21 2007 for the above-captioned matter are modified in one respect. Defendant Patrice Raven is

22 permitted contact with co-defendant Jeanette Bland solely with respect to the subject of Patrice

23 Raven's children and related family matters. This modification was made in open court after the

24 explicit promise of defendant Raven and co-defendant Bland that they would not discuss the

25 above-captioned matter outside of the presence of their attorneys. IT IS FURTHER ORDERED

26 that all other conditions of release and appearance imposed on August

27 \\

28 \\

MODIFICATIONS OF RELEASE CONDITIONS
No. 3-07-70489 JCS

1  \\
2  17, 2007 remained unmodified.
3
4  DATED: __August 31, 2007__      _____
5                                  JOSEPH
   
   United States Magistrate Judge

28

MODIFICATIONS OF RELEASE CONDITIONS
No. 3-07-70489 JCS