1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney

2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division

4  TIMOTHY J. LUCEY (CABN 172332)
   Assistant United States Attorney

5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-7152
7     Facsimile: (415) 436-7234
      E-Mail: timothy.lucey@usdoj.gov
8
   Attorneys for the United States of America
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO DIVISION
12

13 UNITED STATES OF AMERICA,           )   No. 3-07-70489 JCS
                                       )
14      Plaintiff,                     )
                                       )   STIPULATION AND [PROPOSED]
15      v.                             )   ORDER WAIVING TIME FOR THE
                                       )   PRELIMINARY HEARING AND
16 PATRICE RAVEN,                      )   EXCLUDING TIME UNDER THE
                                       )   SPEEDY TRIAL ACT
17      Defendant.                     )
   _____)
18

19      With the agreement of the parties in open court, and with the consent of defendant Patrice

20 Raven, the Court enters this order documenting defendant's waiver of time under the Speedy

21 Trial Act, 18 U.S.C. § 3161(h)(1) and under Fed. R. Crim. P. 5.1(d), from October 3, 2007

22 through October 22, 2007, the date of defendant's next appearance before this Court.  The parties

23 agree, and the Court finds and holds, as follows:

24      1.      On October 3, 2007, at a status conference on a removal hearing pursuant to Fed.

25 R. Crim. P. 5(c)(3)(D), defendant asked that she not be transferred to the District of Nebraska

26 pending negotiations with respect to a potential transfer of the prosecution to the Northern

27 District of California pursuant to Fed. R. Crim. P. 20.  This court accordingly set a status

28 conference date of October 22, 2007.

ORDER WAIVING TIME FOR PRELIMINARY HEARING
No. 3-07-70489 JCS

**1**     2.    At the status conference on October 3, 2007, the defendant waived time under the
**2** Speed Trial Act.  Such time is appropriately excludable under 18 U.S.C. § 3161(h)(1)(G).  In
**3** addition, defendant hereby waives her right to a preliminary hearing within 20 days, pursuant to
**4** Fed. R. Crim. P. 5.1(c) and (d).
**5**     3.    Given these circumstances, the Court finds that, for good cause shown, the ends of
**6** justice served by waiving the defendant's right to a prompt preliminary hearing and a speedy trial
**7** until October 22, 2007 outweigh the best interest of the public and the defendant.  Fed. R. Crim.
**8** P. 5.1(d); 18 U.S.C. § 3161(h)(8)(A) .
**9**     4.    Accordingly, and with the consent of the defendant, the Court orders that the
**10** defendant's right to a preliminary hearing within 20 days from the date of the initial appearance
**11** be waived until October 22, 2007 and that the period from October 3, 2007 through
**12** October 22, 2007 be excluded from the Speedy Trial Act calculations under 18 U.S.C.
**13** § 3161(h)(8)(A), 18 U.S.C. § 3161(h)(1)(G) and Fed. R. Crim. P. 5.1.

**IT IS SO STIPULATED.**

DATED: October 17, 2007          \s\
                                 ELIZABETH FALK
                                 Attorney for Defendant


DATED: October 17, 2007          \s\
                                 TIMOTHY J. LUCEY
                                 Assistant United States Attorney

**IT IS SO ORDERED.**

DATED:_____             _____
                                 EDWARD M. CHEN
                                 United States Magistrate Judge

ORDER WAIVING TIME FOR PRELIMINARY HEARING
No. 3-07-70489 JCS