```
 1  BARRY J. PORTMAN
    Federal Public Defender
 2  ELIZABETH M. FALK
    Assistant Federal Public Defender
 3  450 Golden Gate Avenue
    San Francisco, CA  94102
 4  Telephone:  (415) 436-7700

 5  Counsel for Defendant RAVEN
    Specially Appearing for Defendant BLAND
 6

 7

 8                    IN THE UNITED STATES DISTRICT COURT
 9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,         )  No. CR-07-70489 MAG
                                      )
12              Plaintiff,            )  MOTION AND [PROPOSED] ORDER
                                      )  FOR TEMPORARY MODIFICATION
13       v.                           )  OF BAIL CONDITIONS PERMITTING
                                      )  DEFENDANTS TO TRAVEL TO LAW
14  Patrice RAVEN and Jeanette        )  VEGAS
    BLAND,                            )
15                                    )
                                      )  Next Date:  October 31, 2007 (Judge
16              Defendants.           )  Chen)
                                      )  Time: 9:30 a.m.
17  _____    )  Court: Honorable Joseph C. Spero
```

18

19     Defendants Raven and Bland hereby respectfully request this Court to issue an order modifying

20 their bail conditions, which would permit the defendants to travel to Las Vegas for plans they

21 arranged prior to their arrests on this matter.  The proposed dates of travel are November 1, 2007

22 through November 4, 2007.  United States Pretrial Services Officer Hence Williams has been

23 contacted by defense counsel about this request, and has no objection to the request.  USPSO

24 Williams will be provided with an itinerary detailing flight and hotel information.  The defendants

25 will be back in the district no later than the evening of November 4, 2007.

26     Assistant United States Attorney Allison Marston Danner has been contacted by defense

1

counsel, and has no objection to the request.

WHEREFORE, defendants Raven and Bland respectfully request this Court to grant the temporary modification, and allow the defendants to travel to Las Vegas between November 1, 2007 and November 4, 2007.

IT IS SO STIPULATED

DATED: 10/22/07      _____/S/_____
                     ELIZABETH M. FALK
                     Assistant Federal Public Defender

DATED: 10/22/07      _____/S/_____
                     ALLISON MARSTON DANNER
                     Assistant United States Attorney

### [~~PROPOSED~~] ORDER

GOOD CAUSE SHOWN, it is hereby ORDERED that the bail conditions of Defendants PATRICE RAVEN and JEANETTE BLAND be temporarily modified to permit them to travel to Las Vegas on Thursday, November 1, 2007, provided that the defendants return to the Northern District of California no later than the evening of November 4, 2007.

Dated: 10/23/7       THE HONORABLE
                     UNITED STATES
                     Judge Joseph C. Spero

2

3