1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  TIMOTHY J. LUCEY (CABN 172332)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102
        Telephone: (415) 436-7152
7       Facsimile: (415) 436-7234
        E-Mail: timothy.lucey@usdoj.gov
8
   Attorneys for the United States of America
9
                   UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                      SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,        )   No. 3-07-70489 JCS
                                      )
14 |       Plaintiff,                 )
                                      )   STIPULATION AND [~~PROPOSED~~]
15 |   v.                             )   ORDER WAIVING TIME FOR THE
                                      )   PRELIMINARY HEARING AND
16 | PATRICE RAVEN,                   )   EXCLUDING TIME UNDER THE
                                      )   SPEEDY TRIAL ACT
17 |       Defendant.                 )
                                      )
18

19       With the agreement of the parties in open court, and with the consent of defendant Patrice
20  Raven, the Court enters this order documenting defendant's waiver of time under the Speedy
21  Trial Act, 18 U.S.C. § 3161(h)(1) and under Fed. R. Crim. P. 5.1(d), from October 3, 2007
22  through October 22, 2007, the date of defendant's next appearance before this Court. The parties
23  agree, and the Court finds and holds, as follows:
24       1.    On October 3, 2007, at a status conference on a removal hearing pursuant to Fed.
25  R. Crim. P. 5(c)(3)(D), defendant asked that she not be transferred to the District of Nebraska
26  pending negotiations with respect to a potential transfer of the prosecution to the Northern
27  District of California pursuant to Fed. R. Crim. P. 20. This court accordingly set a status
28  conference date of October 22, 2007.

ORDER WAIVING TIME FOR PRELIMINARY HEARING
No. 3-07-70489 JCS

1  2.  At the status conference on October 3, 2007, the defendant waived time under the
2  Speed Trial Act. Such time is appropriately excludable under 18 U.S.C. § 3161(h)(1)(G). In
3  addition, defendant hereby waives her right to a preliminary hearing within 20 days, pursuant to
4  Fed. R. Crim. P. 5.1(c) and (d).
5  3.  Given these circumstances, the Court finds that, for good cause shown, the ends of
6  justice served by waiving the defendant's right to a prompt preliminary hearing and a speedy trial
7  until October 22, 2007 outweigh the best interest of the public and the defendant. Fed. R. Crim.
8  P. 5.1(d); 18 U.S.C. § 3161(h)(8)(A).
9  4.  Accordingly, and with the consent of the defendant, the Court orders that the
10 defendant's right to a preliminary hearing within 20 days from the date of the initial appearance
11 be waived until October 22, 2007 and that the period from October 3, 2007 through
12 October 22, 2007 be excluded from the Speedy Trial Act calculations under 18 U.S.C.
13 § 3161(h)(8)(A), 18 U.S.C. § 3161(h)(1)(G) and Fed. R. Crim. P. 5.1.

**IT IS SO STIPULATED.**

DATED: October 17, 2007

\s\
ELIZABETH FALK
Attorney for Defendant

DATED: October 17, 2007

\s\
TIMOTHY J. LUCEY
Assistant United States Attorney

**IT IS SO ORDERED.**
DATED: 10/22/07

EDWARD M. CHEN
United States Magistrate Judge

ORDER WAIVING TIME FOR PRELIMINARY HEARING
No. 3-07-70489 JCS